IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| NICHOLAS VINSON,<br><br>    Plaintiff,<br><br>v.<br><br>PCS ADMINISTRATION (USA), INC.,<br>AGRIUM US INC., and<br>NUTRIEN US LLC<br><br>    Defendants. | 2:24-CV-18-Z |

## JUDGMENT

The Court granted Plaintiff's Agreed Motion to Dismiss With Prejudice (ECF No. 28).

Pursuant to that order, this case is **DISMISSED WITH PREJUDICE** as to all Defendants.

**SO ORDERED**.

June 21, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE